UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELINDA JAMES,<br><br>        Plaintiff,<br><br>  v.<br><br>DAVID ANTHONY ALESSI, et al.,<br><br>        Defendant. | Case No. 2:18-cv-01398-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No. 1) in this matter was filed on July 27, 2018. Defendant filed its Motion to Dismiss (ECF No. 5) on August 31, 2018. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order no later than **November 5, 2018** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

Dated this 26th day of October, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE