Frank C. Gilmore, Esq. (SBN 10052)
fgilmore@rssblaw.com
Cody M. Oldham, Esq. (SBN 14594)
coldham@rssblaw.com
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, Nevada 89503
Telephone:	(775) 329-3151
Facsimile:	(775) 329-7169
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA JAMES, an individual, | Case No.: 2:18-cv-01398-JAD-CWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO TO EXTEND THE DEADLINE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |
| DAVID ANTHONY ALESSI, an individual, | |
| Defendant. | |

COMES NOW Defendant, David Anthony Alessi ("Defendant"), by and through his attorneys of record, Frank C. Gilmore, Esq. and Cody M. Oldham, Esq. of Robison, Sharp, Sullivan & Brust and Plaintiff Melinda James ("Plaintiff"), by and through her attorney of record Mark J. Bourassa, Esq. and Valerie Gray, Esq. of The Bourassa Law Group, and pursuant to LR 6-1, hereby stipulate to extend the deadline by which Defendant must file his Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 42) from February 11, 2020 to February 21, 2020. The parties hereto request this specific extension of the deadline based on the fact that counsel for Defendant will be arguing in the Ninth Circuit Court of Appeals in consecutive weeks. So that Defendant will have appropriate time to review and respond to the Motion for

Summary Judgment, Plaintiff's counsel hereby agrees that Defendant's time to file his Opposition may be extended to February 21, 2020.

DATED this 11th day of February 2020.

ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503

By: /s/ Cody M. Oldham
FRANK C. GILMORE, ESQ.
CODY M. OLDHAM, ESQ.
Attorneys for Defendant

DATED this 11th day of February 2020.

THE BOURASSA LAW GROUP
2350 W Charleston, Suite 100
Las Vegas, Nevada 89102

By: /s/ Valerie Gray
MARK J. BOURASSA, ESQ.
VALERIE GRAY, ESQ.
Attorneys for Plaintiff

## **ORDER**

**IT IS SO ORDERED**,

_____
UNITED STATES DISTRICT JUDGE
Dated: February 11, 2020.