UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELINDA JAMES, | Case No. 2:18-cv-01398-JAD-EJY |
| Plaintiff, | |
| v. | ORDER |
| DAVID ANTHONY ALESSI, | |
| Defendants. | |

Pending before the Court is David Anthony Alessi and his Attorney Frank C. Gilmore's Joint Response to Order to Show Cause and Why They Should Not be Sanctioned.  ECF No 84.[1]  Also before the Court is Plaintiff's Response to Show Cause Submissions.  ECF No. 86.

The parties having resolved all differences, and Plaintiff agreeing that obligations to her, as set forth in a prior settlement, have been fulfilled,

IT IS HEREBY ORDERED that the parties must file a Stipulation and Order to Dismiss this matter with prejudice no later than **August 14, 2023**.

Dated this 7th day of August, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court also notes that Brett Pilling filed a Response demonstrating why he and his firm should not be sanctioned. ECF No. 83. The Court is satisfied with the explanation; however, counsel is advised that in circumstances where he and his firm no longer represent a party they must withdraw from representation through a formal submission to the Court.