1  MARK J. BOURASSA, ESQ.
   Nevada Bar No. 7999
2  **THE BOURASSA LAW GROUP**
3  2350 W Charleston, Suite 100
   Las Vegas, Nevada 89102
4  Tel: (702) 851-2180
   Fax: (702) 851-2189
5  Email:  mbourassa@blgwins.com

6  *Attorneys for Plaintiff*

7  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**

8

9  MELINDA JAMES, an individual,    Case No.: 2:18-cv-01398-JAD-EJY

10              Plaintiff,           **STIPULATION AND ORDER FOR**
                                     **DISMISSAL**
11  vs.
                                     ECF No. 88
12  DAVID ANTHONY ALESSI, an individual

13              Defendant.

14

15

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

- 1 -

## **STIPULATION AND ORDER FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Melinda James and Defendant David Anthony Alessi that the above-entitled action be dismissed with prejudice, with each party to bear their own fees and costs.

DATED this 10th day of August, 2023.

    THE BOURASSA LAW GROUP
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102

    */s/ Mark J. Bourassa*
MARK J. BOURASSA (NBN 7999)
Attorneys for Plaintiff Melinda James


THE GILMORE GROUP
3715 Lakeside Drive
Reno, Nevada 89509

    */s/ Frank C. Gilmore*
FRANK C. GILMORE
Attorneys for Defendant David A. Alessi

## **ORDER**

**Based on the parties' stipulation [ECF No. 88] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 11, 2023